IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

vs.                         Case No.: 2:23-CR-20015

ISAAC BISHOP CHARLES                                              DEFENDANT

## WAIVER OF PERSONAL APPEARANCE AND CONSENT TO APPEAR BY VIDEO TELECONFERENCING

I understand that I have the absolute right to appear in person before the Court. After consulting with my attorney, however, I choose to waive my right to appear in person before the Magistrate Judge, pursuant to Federal Rules of Criminal Procedure 5(g) and Rule 10(c), including my initial appearance and/or arraignment, and I choose instead to appear by videoteleconferencing. This Waiver of Personal Appearance and Consent to Appear via Video Teleconferencing shall remain in effect until such time as I revoke it by written notice to my attorney or to the Court.

Date: 11/30/23

_____
Defendant Signature

_____
Signature of Defendant's Attorney

Christopher H. Baker
_____
Printed Name of Defendant's Attorney

## RENUNCIA A COMPARECER PRESENCIALMENTE Y CONSENTIMIENTO PARA HACERLO POR VIDEO-TELECONFERENCIA

Entiendo que tengo el derecho absoluto de comparecer presencialmente ante el juez. Sin embargo, después de consultarlo con mi abogado he decidido renunciar a este derecho ante el Juez Magistrado de acuerdo a las reglas de procedimiento penal 5(g) y la regla 10(c), esto incluye mi comparecencia inicial y/o mi comparecencia de lectura de acusaciones, en lugar de ello, he decidido llevarlos a cabo por video-teleconferencia. Esta renuncia a mis derechos de comparecencia presencial y consentimiento para presentarme video-teleconferencia deberá de permanecer en efecto hasta que yo lo revoque por escrito ya sea por medio de mi abogado o directamente con el tribunal.

Fecha: _____

_____
Firma del Accusado

_____
Firma del abogado defensor

_____
Nombre del abogado defensor