IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     Case No. 2:23-cr-20015

ISAAC BISHOP CHARLES     DEFENDANT

**O R D E R**

At the arraignment and plea conducted on the Indictment, the Defendant agreed to waive the issue of detention pending the final disposition of the case; accordingly, the Court considers the matter waived. The Defendant is detained, subject to reconsideration on motion of Defendant.

Dated: November 30, 2023

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE