UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      CASE NO. 2:23-cr-20015-001

ISAAC BISHOP CHARLES                                    DEFENDANT

**<u>ORDER</u>**

The Court ADOPTS the report and recommendation (Doc. 25) entered in this case and accepts Defendant's plea of guilty to Count 1 of the superseding indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 26th day of January 2024.

                                                 /s/ P. K. Holmes III
                                                 P.K. HOLMES III
                                                U.S. DISTRICT JUDGE