UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                                PLAINTIFF

v.                                        CASE NO. 2:23CR20015-001

ISAAC BISHOP CHARLES                                                                                    DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 43) entered in this case and accepts Defendant's plea of guilty to Count 2s of the superseding indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 3rd day of May, 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE